UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CHRISTOPHER T. FOXON,

Defendant.

AFFIRMATION

21 Mag. 9865

STATE OF NEW YORK          )
COUNTY OF WESTCHESTER      : ss.:
SOUTHERN DISTRICT OF NEW YORK   )

MICHAEL D. MAIMIN, under penalty of perjury, hereby affirms as follows:

1.    I am an Assistant United States Attorney in the Southern District of New York. I submit this affirmation in support of an application for an initial order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A).

2.    CHRISTOPHER T. FOXON, the defendant, was arrested on October 16, 2021, and was charged with violations of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2113(a)&(d) in a complaint dated that same day. The defendant was presented before Magistrate Judge Andrew Krause on October 16, 2021, and the defendant was detained.

3.    Elizabeth K. Quinn, Esq., attorney for the defendant, has since been engaging in preliminary discussions with the Government concerning a possible disposition of this case without trial, and those discussions are ongoing. The Government hereby requests that a continuance of 28 days be granted, during which time we may pursue further discussions.

4.      Today, November 9, 2021, Ms. Quinn, counsel for the defendant, verbally agreed on behalf of the defendant that the requested continuance of 28 days is appropriate in these circumstances.

5.      For the reasons stated above, the ends of justice served by the granting of the continuance requested outweigh the best interests of the public and defendant in a speedy trial.

6.      Pursuant to 28 U.S.C. § 1746, I declare under penalties of perjury that the foregoing is true and correct.

Executed on November 9, 2021.

Michael D. Maimin
Assistant United States Attorney