# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 5, 2022

**APPLICATION GRANTED**
**SO ORDERED:**

Vincent L. Briccetti, U.S.D.J.
Dated: 4/5/22
White Plains, NY

The Clerk is instructed to continue the restricted access to Doc. #12

VIA EMAIL AND ECF

The Honorable Vincent L. Briccetti
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Christopher Foxon*, 21-cr-783-1 (VB)

Dear Honorable Judge Briccetti:

    I write to request that the Court seal Document 12, my sentencing submission. When I filed the document on ECF, I inadvertently filed the unredacted copy. The only redaction required was the name of Mr. Foxon's minor daughter. All of the exhibits attached to Document 12 were properly redacted and do not require a sealing order.

    I have contacted the Clerk's Office and they have restricted Document 12 from public viewing but informed me that a Court order would be necessary to keep the document restricted. I was also told to re-file the redacted version of my sentencing submission, which now appears as Document 13 on the docket.

    I apologize for the inconvenience and respectfully request the Court order that Document 12 be sealed.

Sincerely,

Elizabeth K. Quinn
Assistant Federal Defender
Attorney for Christopher Foxon

cc: Michael Maimin, A.U.S.A. (via email)